✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF          SOUTH CAROLINA, FLORENCE DIVISION

USA

V.

Brandon Michael Council

**EXHIBIT AND WITNESS LIST**

Case Number:  4:17-cr-00866-RBH

| PRESIDING JUDGE Hon. R. Bryan Harwell | | | | GOVERNMENT'S ATTORNEY S.Lydon,E.McMillian,N.Williams,AUSA | DEFENDANT'S ATTORNEY W.Nettles, M.Meetze,AFPD, D.Bryant |
|---|---|---|---|---|---|
| DATE: 4/10/2019 | | | | COURT REPORTER Beth Krupa | COURTROOM DEPUTY Heather Ciccolella |
| Gov. Exh No: | | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 4/10/2019 | Yes | Yes | Disc - interview with defendant |
| 2 | | 4/10/2019 | Yes | Yes | Waiver of rights |
| 3 | | 4/10/2019 | Yes | Yes | Consent to search |
| 4 | | 4/10/2019 | Yes | Yes | Search warrant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages