# **<u>Table of Exhibits</u>**

Exhibit A −Affidavit of Bryan P. Stirling, Director of the South Carolina Department of Corrections, *State v. Sigmon*, No. 2002-024388 (S.C. June 3, 2021)

Exhibit B − Letter from Bryan P. Stirling, Director of the South Carolina Department of Corrections, *State v. Sigmon*, No. 2002-024388 (S.C. June 8, 2021)

Exhibit C − Harold Hillman, *An Unnatural Way to Die*, 27 New Scientist 278 (Oct. 1983)

Exhibit D − Affidavit, John P. Wikswo, Jr., Ph.D (Apr. 27, 2021)

Exhibit E −Affidavit of Jonathan L. Arden, MD (May 14, 2021)

Exhibit F − Affidavits of Witnesses to Executions by Electrocution
  Affidavit of Dale Baich, Nebraska (May 14, 2014)
  Affidavit of Robert Hammerle, Indiana (June 30, 2014)
  Affidavit of Paula Hutchinson, Nebraska (Dec. 5, 1996)
  Affidavit of Michael J. Minerva, Florida (July 9, 2014)
  Affidavit of John W. Moser, Florida (July 8, 1999)
  Affidavit of Rabbani Muhammad, Florida (Sept. 23, 1998)
  Affidavit of Kim Curley Reynolds, Georgia (Oct. 16, 2014)
  Affidavit of Gregory C. Smith, Florida (June 24, 2014)
  Affidavit of Tom Weise, Alabama (July 16, 2014)

Exhibit G − Harold Hillman, *The Possible Pain Experienced During Execution by Different Methods*, 22 Perception 745 (1993)

Exhibit H − Post-Mortem Reports (Excerpts) and Photos from Executions by Electrocution
    Daryl Holton, Tennessee (Sept. 12, 2007)
    Jesse Joseph Tafero, Florida (May 4, 1990)

Exhibit I − Post-Mortem Photographs of Ronnie Gardner, Execution by Firing Squad, Utah (2010)