# Exhibit A

Affidavit of Bryan P. Stirling, Director of the
South Carolina Department of Corrections, *State v. Sigmon*, No.
2002-024388 (S.C. June 3, 2021)



RECEIVED

**Jun 03 2021**

S.C. SUPREME COURT

### THE STATE OF SOUTH CAROLINA
### IN THE SUPREME COURT

The State,

Respondent,

v.

Brad Keith Sigmon,

Appellant.

Appellate Case No. 2002-024388

Greenville County
(Trial Court Case No. 2001GS2307629,
2001GS2307630, 2001GS2307631)

### AFFIDAVIT OF BRYAN P. STIRLING
### DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF
### CORRECTIONS

PERSONALLY APPEARED BEFORE ME, BRYAN P. STIRLING, who being duly sworn, deposes and states as follows:

1.    I am over the age of eighteen and competent to give this testimony.

2.    I serve as the Director of the South Carolina Department of Corrections (hereinafter "Department"), having first been appointed as interim to this position in October of 2013 and later confirmed by the South Carolina Senate as Director thereafter.

3.    Pursuant to S.C. Code Ann. Section 24-3-530(B), I am charged with certifying, under penalty of perjury, the available methods of execution upon receiving a notice of execution issued by the South Carolina Supreme Court.

4.    According to S.C. Code Ann. Section 25-3-530, there are three, statutorily approved methods of execution. Specifically, the General

1

Assembly has approved electrocution, lethal injection, and firing squad as methods for carrying out a lawful sentence of death.

5. On Thursday, May 27, 2021, my office received a copy of an Execution Notice issued by the Clerk for the South Carolina Supreme Court regarding Brad Keith Sigmon.

6. I hereby certify that, as of this date, the only statutorily approved method of execution available to the South Carolina Department of Corrections is electrocution.

FURTHER AFFIANT SAYETH NOT.

Director Bryan P. Stirling

SWORN TO BEFORE ME THIS 3rd

DAY OF June , 2021

_____ (SEAL)
NOTARY PUBLIC FOR S.C.
COMMISSION EXPIRES: 3/12/2024