# Exhibit I

Post-Mortem Photographs of Ronnie Gardner, Execution by Firing Squad, Utah (2010)





ELECTRONICALLY FILED - 2021 May 17 2:49 PM - RICHLAND - COMMON PLEAS - CASE#2021CP4002306