FILED: September 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion for substitution of counsel, the court grants the motion. Lisa M. Lorish is relieved of the obligation of further representation of appellant on appeal. The court appoints Jaclyn L. Tarlton as counsel for the appellant.

For the Court

/s/ Patricia S. Connor, Clerk