| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-866-RBH |
| | ) | |
| BRANDON COUNCIL, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant Brandon Council appeals to the United States Court of Appeals for the Fourth Circuit from the order of this Court (DE #929), entered on September 10, 2021, denying his motion to vacate sentences of death by electrocution.

Respectfully submitted,

/s/ Barry J. Fisher
Barry J. Fisher
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
(518) 650-9031 tel.
(518) 436-1780 fax
barry.fisher@fd.org

*Counsel for Defendant Brandon Council*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties

<u>        s/ Barry J. Fisher        </u>