# APPEAL TRANSMITTAL SHEET (Death Penalty)

| Transmittal to 4CCA of notice of appeal filed: ___9/14/2021___ | District: | District Case No.: |
|---|---|---|

**Transmittal to 4CCA of notice of appeal filed:** ___9/14/2021___

✓ First NOA in Case

___ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA ___ Paper Supp.

Vols: _____

Other: _____

**District:**

South Carolina

**Division:**

Florence

**Caption:**

USA v Brandon Michael Council

**District Case No.:**

4:17-cr-00866-RBH

**4CCA No(s). for any prior NOA:** 20-1

**4CCA Case Manager: Emily Borneisen**

Direct notification of capital appeal also sent by:

___ **phone call to 804-916-2746 or**

_X_ **email to Emily_Borneisen@ca4.uscourts.gov**

---

**Capital Appeal Type:**

___ § 2254 appeal

✓ Direct appeal from conviction

___ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Chief Judge R Bryan Harwell

**Court Reporter** (list all):

Raymond Simmons
Beth Krupa

803-765-5483

**Coordinator:**
          Peppa Caskey

**Fee Status:**

___ No fee required (USA appeal)     ___ Appeal fees paid in full     ✓ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

---

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

___ No in-court hearings held

___ In-court hearings held – all transcript on file

✓ In-court hearings held – all transcript not on file

___ Other:

---

Deputy Clerk: __s/H.Ciccolella__     Phone: __843-676-3859__     Date: 9/15/2021

04/2019