FILED:  September 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-8
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

_____

O R D E R

_____

The court appoints Federal Capital Appellate Resource Counsel Barry

Fisher, who is based in the Federal Public Defender Office for the Northern

District of New York as lead counsel and appoints Assistant Federal Defender

Jaclyn Lee Tarlton from the Federal Public Defender Office for the Eastern District

of North Carolina as co-counsel to represent the appellant in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk