UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-866-RBH |
| BRANDON COUNCIL, | ) ) ) | |
| Defendant. | ) ) ) | |

## <u>STIPULATED ORDER</u>

Upon consideration of the Joint Motion to Unseal Certain Record Material for Appeal, filed by Defendant Brandon Council and the United States of America, and by stipulation of both parties, it is hereby ORDERED that:

(1) The following docket entries, which the Court previously ordered be sealed, are UNSEALED:

- DE #240, government response to suppression motion, 8/30/18

- DE #428, #428-1, filings on proposed jury questionnaire, 6/5/19

- DE #501-1, Court proposed video script, 7/11/19

- DE #610, defense response to court order, 7/29/19

- DE #621, government brief re: deferring jurors, 7/30/19

- DE #651, exhibits from 8/14/19 motions hearing, 8/16/19

- DE #654, supplemental joint strikes for cause, 8/19/19

- DE #681, supplemental joint strikes for cause, 8/21/19

- DE #690, supplemental jury questionnaire (final, blank) with witnesses, 8/23/19

- DE #692, supplemental joint strikes for cause, 8/26/19

- DE #751, supplemental joint strikes for cause, 9/4/19

- DE #754, revised preliminary jury instructions (voir dire), 9/4/19

- DE #763, defense requested voir dire questions, 9/5/19

- DE #768, government proposed voir dire questions, 9/6/19

- DE #782, defense list of potential witnesses, 9/11/19

- DE #809, defense 1st email re: competency, 9/20/19

- DE #810, defense 2nd email re: competency, 9/20/19

- DE #811, defense experts' affidavit, 9/23/19

- DE #814, government email re: mental health issues, 9/24/19

- DE #815, defense email re: mental health issues, 9/24/19

- DE #828, government motion in limine to preclude mitigating factors, 9/26/19

- DE #830, defense response to government motion in limine, 9/26/19

- DE #834, order denying government motion in limine, 9/27/19

- DE #835, proposed sentencing instructions, 9/27/19

- DE #868, defense motion for assignment of appellate counsel,

11/13/19

(2)     The following additional defense filings and transcripts of proceedings between defense counsel and the Court, which the Court previously ordered be sealed and *ex parte* (*i.e.*, kept confidential from the government as well as the public) are UNSEALED to a LIMITED EXTENT, as specified below in Paragraph Three through Five:

- DE #115, *ex parte* sealed document, 4/30/18

- DE #141, *ex parte* sealed document, 6/1/18

- DE #282, *ex parte* motion to continue, 10/3/18

- DE #508, *ex parte* sealed document, 7/16/19

- transcript of 10/18/18 *ex parte* proceeding (*see* DE #301)

- transcript of 4/6/18 *ex parte* proceeding (*see* DE #93)

- transcript of 7/17/19 *ex parte* proceeding (*see* DE #512))

- transcript of 9/20/19 *ex parte* proceeding (*see* DE #807)

(3)     Counsel for the government on appeal, Attorneys Joshua Handell and Ann O'Connell Adams with the Criminal Division of the Department of Justice, and their legal assistant, Ryen Hanna, shall have access to the above-listed sealed-and-*ex-parte* materials for the limited purpose of litigating Mr. Council's direct appeal;

(4)     Attorneys Handell and Adams and their legal assistant are

ordered to keep the above-listed sealed-and-*ex-parte* materials securely and not to disclose them or their contents to anyone else (including but not limited to anyone else in the Department of Justice or anyone in the United States Attorney's Office in South Carolina) or to otherwise make use of these materials, for any other purpose besides litigating Mr. Council's appeal, without further authorization from this Court or the Fourth Circuit; and

(5)    Any of the above-listed sealed-and-*ex-parte* materials, if filed by either party with the Fourth Circuit, shall be made part of a separate, sealed appendix, and any discussion of the contents of this material in either party's brief shall be redacted from the publicly filed version;

(6)    Nothing in this order precludes any party from applying to the Court or the Fourth Circuit for further relief or for modification or supplementation of any provision of the order.

/s/ Barry J. Fisher
Barry J. Fisher
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
(518) 650-9031 tel.
barry_fisher@fd.org

/s/ Jaclyn L. Tarlton
Jaclyn L. Tarlton
Office of the Federal Defender, EDNC
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236 tel.
jackie_tarlton@fd.org

*Counsel for Defendant
  Brandon Council*

/s/ Joshua K. Handell
Joshua K. Handell
U.S. Department of Justice
Criminal Div., Appellate Section
950 Pennsylvania Ave., N.W.
(202) 305-4244 tel.
joshua.handell@usdoj.gov

*Counsel for United States
  of America*

IT IS SO ORDERED.

November 23, 2021
Florence, South Carolina

s/ R. Bryan Harwell
Hon. R. Bryan Harwell
Chief United States District Judge