UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,      )
                                  )
     v.                      )     No. 4:17-CR-866-RBH
                                  )
BRANDON COUNCIL,           )
                                  )
         Defendant.    )
                                  )

## **STIPULATED ORDER**

Upon consideration of the Second Joint Motion to Unseal Certain Record Material for Appeal, filed by Defendant Brandon Council and the United States of America, and by stipulation of both parties, it is hereby ORDERED that:

The following docket entries, which the Court previously ordered be kept sealed to a limited extent, *see* Docket Entry (DE) #935, are UNSEALED in their entirety:

- DE #115, *ex parte* sealed document, 4/30/18

- DE #141, *ex parte* sealed document, 6/1/18

- DE #282, *ex parte* motion to continue, 10/3/18

- DE #508, *ex parte* sealed document, 7/16/19

- DE #883, transcript of 10/18/18 *ex parte* proceeding

- DE #293, transcript of 4/6/18 *ex parte* proceeding

- DE #644, transcript of 7/17/19 *ex parte* proceeding

- DE #897, transcript of 9/20/19 *ex parte* proceeding

/s/ Barry J. Fisher
Barry J. Fisher
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
(518) 650-9031 tel.
barry_fisher@fd.org

/s/ Jaclyn L. Tarlton
Jaclyn L. Tarlton
Office of the Federal Defender, EDNC
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236 tel.
jackie_tarlton@fd.org

*Counsel for Defendant*
  *Brandon Council*

/s/ Joshua K. Handell
Joshua K. Handell
U.S. Department of Justice
Criminal Div., Appellate Section
950 Pennsylvania Ave., N.W.
(202) 305-4244 tel.
joshua.handell@usdoj.gov

*Counsel for United States*
  *of America*

IT IS SO ORDERED.

February 14, 2022
Florence, South Carolina

s/R. Bryan Harwell
Hon. R. Bryan Harwell
Chief United States District Judge