Brandon M. Council / 63461056
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808



CERTIFIED MAIL

7017 2620 0000 1360 8157



Legal Mail

RECEIVED
USDC CLERK, FLORENCE, SC
2022 NOV 14   PM 2:08

INMATE
IDENTIFICATION
CONFIRMED

U.S. District Court
District of South Carolina
Chief Judge Robert Bryan Harwell
401 West Evans Street
Florence, S.C., 29501

INMATE
IDENTIFICATION
CONFIRMED



ITEM X-RAYED BY US M/S

INMATE
IDENTIFICATION
CONFIRMED



INMATE IDENTIFICATION CONFIRMED

RECEIVED
NOV 07 2022
BY: _____

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED



The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.