FILED: September 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1 (L)
(4:17-cr-00866-RBH-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

No. 21-8
(4:17-cr-00866-RBH-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

## TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*