FILED:  September 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1 (L)
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

-------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

No. 21-8
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Agee, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk