FILED: October 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1 (L)
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

No. 21-8
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

## M A N D A T E
_____

The judgment of this court, entered August 9, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*