4:17-cr-00866-JD    Date Filed 10/04/23    Entry Number 943-1    Page 1 of 2

FILED: August 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1 (L)
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

-------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

Amicus Supporting Appellee

_____

No. 21-8
(4:17-cr-00866-RBH-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

      Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

      Amicus Supporting Appellant

GOVERNOR HENRY MCMASTER

      Amicus Supporting Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

      /s/ PATRICIA S. CONNOR, CLERK