# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 1, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Brandon Michael Council
v. United States
No. 23-953
(Your No. 20-1, 21-8)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 23, 2024 and placed on the docket March 1, 2024 as No. 23-953.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst