IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00866-RBH |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

**UNOPPOSED MOTION TO APPOINT**
**COUNSEL FOR 28 U.S.C. § 2255 PROCEEDINGS**
_____

Pursuant to 18 U.S.C. § 3599(a)(2) and *McFarland v. Scott*, 512 U.S. 849 (1994), Brandon Michael Council, an indigent person incarcerated under a federal sentence of death, through the undersigned counsel, respectfully requests that the Court appoint counsel to represent him in order to pursue all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. Specifically, Mr. Council requests that this Court appoint the Capital Habeas Unit for the Fourth Circuit ("the CHU") and the § 2255 Unit of the Indiana Federal Community Defenders ("the IFCD § 2255 Unit") to represent him. Undersigned counsel has consulted with counsel for the Government, who does not oppose this motion.

1

A memorandum of law in support of the motion is filed simultaneously herewith.

Respectfully submitted,

**Gerald W. King, Jr.**
Chief, Capital Habeas Unit
for the Fourth Circuit
Gerald_King@fd.org

**Teresa L. Norris, Fed. ID #6447**
Capital Habeas Unit for the Fourth Circuit
Teresa_Norris@fd.org

Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (704) 374-0720
Fax: (704) 374-0722

*/s/Teresa L Norris*
Assistant Federal Public Defender

September 10, 2024.