IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00866-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER APPOINTING
COUNSEL FOR 28 U.S.C. § 2255 PROCEEDINGS**

Pursuant to 18 U.S.C. § 3599(a)(2) and *McFarland v. Scott*, 512 U.S. 849 (1994), Brandon Michael Council, an indigent person incarcerated under a federal sentence of death, has moved for the appointment of counsel to represent him so that he may pursue all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. (Doc. 945) The motion is granted.

The Capital Habeas Unit for the Fourth Circuit ("the CHU") and the § 2255 Unit of the Indiana Federal Community Defenders ("the IFCD § 2255 Unit") are hereby appointed to represent Mr. Council. The respective Federal Defenders will assign qualified counsel from each of those offices, who must file notices of appearances with this Court. The CHU and the IFCD § 2255 offices are responsible for all expert and investigative funding necessary for this representation.

**IT IS SO ORDERED.**

Joseph Dawson, III
United States District Judge

September 26, 2024
Florence, South Carolina