# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  Brandon Michael Council
>       v. United States
>       No. 23-953
>       (Your No. 20-1, 21-8)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of National Association for Public Defense for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk