| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:17-CR-00866-JD |
| Plaintiff/Petitioner/USA, | ) | Capital Case |
| | ) | |
| v. | ) | **Motion** |
| BRANDON MICHAEL COUNCIL, | ) | **in Support of** |
| Defendant/Respondent. | ) | ***Pro Hac Vice* Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Charity L. Brady be admitted *pro hac vice* in the above-captioned case as associate counsel and that the $350 fee for admission be waived as Mr. Council is an indigent death-sentenced inmate. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

   _____

   ☐ No duty of consultation is required because the opposing party is proceeding pro se.

Capital Habeas Unit of the Fourt Circuit
Firm Name
129 West Trade St., Suite 300
Street Address or Post Office Box
Charlotte, NC 28692
City, State, Zip Code
704-374-0720
Telephone Number
Teresa_Norris@fd.org
E-Mail Address

Teresa L. Norris
Name of Local Counsel
_____
Signature of Local Counsel
Local Counsel for the Defendant/Respondent

District of South Carolina
Federal Bar Number ___6447___

revised 09/19/05