**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(FLORENCE DIVISION)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Petitioner/USA,<br><br>v.<br><br>BRANDON MICHAEL COUNCIL,<br>Defendant/Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:17-CR-00866-JD

Capital Case

**Application/Affidavit for
*Pro Hac Vice* Admission**

(1)  Name._____Charity_____L._____Brady_____
              First                    Middle                    Last

(2)  Residence. I reside in the following state: ____New York_____
      If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: _____Indiana Federal Community Defenders Inc._____
Mailing address: 111Monument Circle, #3200_____City/State/Zip Indianapolis. IN 46226____
Telephone number: 317-383-3520_____
Facsimile number: 317-383-3525_____
E-mail address: ___charity.brady@fd.org_____
(Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of_____NEW YORK_____ where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|

SOUTHERN DISTRICT OF INDIANA 10/11/2024 YES IN GOOD STANDING . X☐Yes   No

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes   X No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
X☐Yes   No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)
_See attached._____

_____

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes   XNo
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)     Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes   X No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)     Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12)     Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Attorney Name:     Teresa L. Norris (#6447)

Firm Name:     Federal Public Defender, Western Dist. of North Carolina

Street Address or Post Office Box:     129 West Trade Street

City, State, and Zip Code:     Charlotte, NC 28202

Telephone Number:     704-374-0720

E-Mail Address:     Teresa_norris@fd.org

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)     Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

N/A

(14)     Application Fee. I am an employee of the 2255 Project of the Indiana Federal Community Defenders, which has been appointed as co-counsel to represent Brandon Council, an indigent death-sentenced inmate. As my appearance in this case is within the scope of my duties, I have sought waiver of the application fee of three hundred and fifty dollars ($350) required by Local Civil Rule 83.I.05 or Local Criminal Rule 571.05.

(15)     Electronic Notification. By submitting this application, I consent to electronic notification.

(16)     Represented Party/Parties. I seek to represent the following party/parties:

Brandon Michael Council

(17)     I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.



Signature of Applicant

Sworn to and subscribed before me
this __21st__ day of __October__ ,2024.

_____
A Notary Public
of the State of ___Indiana___

My Commission expires: 7.16.2032

Dennis Subick
Notary Public, State of Indiana
Marion County
Commission Number NP0757565
My Commission Expires
July 16, 2032
SEAL

Revised 08/15/2020        Page 3 of 3

Charity L. Brady- *Pro Hac Vice* Application

Statement regarding particulars of Question 8, "Curtailment of Prior *Pro Hac Vice* Admissions."

My *pro hac vice* admission was revoked by the Supreme Court of Ohio on February 9, 2022. I was notified of this on August 12, 2024, and immediately took action to address this matter. My ability to appear *pro hac vice* was promptly reinstated as of October 8, 2024. The circumstances under which this occurred are as follows: I was previously employed as an attorney for the Innocence Project. I was granted *pro hac vice* status for a case that I worked on at the organization. In 2021, I left the organization to start a new position. Prior to leaving the organization, I believed that my motion to withdraw from the Ohio case was filed by staff of the Innocence Project, as it was understood that I would not continue working on this client's matter. Another staff attorney remained on the case. Since I believed I was withdrawn from the case, I did not renew my *pro hac vice* registration for 2022. In reality, the motion to withdraw was not filed. I was not informed of the error until this year as the notice of exclusion was sent to the Innocence Project. The Allen County Court granted my belated motion to withdraw from the case (attached), I have paid the registration fees, and my Ohio *pro hac vice* status was reinstated. My certificate is attached. I am happy to answer any additional questions or concerns regarding this exclusion.



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Charity Linn Brady

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 24, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and  Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 9, 2024.



*Clerk of the Court*

CertID-00194905



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised March 2024

# THE SUPREME COURT *of* OHIO

### Office of Bar Admissions

**IN THE MATTER OF THE APPLICATION OF**

### Charity Brady

_____

**FOR PRO HAC VICE REGISTRATION**

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of

PRO HAC VICE
REGISTRATION

2024

Registration Number:
PHV- 22000-2024

Charity Brady
_____, having met the requirements of, and found to be in

full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of

Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such

permission must be filed with the tribunal in accordance with Section 2(A)(6) of Rule XII of the

Rules for the Government of the Bar of Ohio.

Issued by the Office of Bar Admissions.

**Expires December 31, 2024**

# The Supreme Court of Ohio

OFFICE OF BAR ADMISSIONS
65 SOUTH FRONT STREET, COLUMBUS, OH 43215-3431

2022 FEB 16 PM 1:59

MARGIE MURPHY MILLER
CLERK OF COURTS
ALLEN CO.

CHIEF JUSTICE
MAUREEN O'CONNOR

DIRECTOR
GINA WHITE PALMER

JUSTICES
SHARON L. KENNEDY
PATRICK F. FISCHER
R. PATRICK DEWINE
MICHAEL P. DONNELLY
MELODY J. STEWART
JENNIFER BRUNNER

TELEPHONE 614.387.9340
FACSIMILE 614.387.9349
www.supremecourt.ohio.gov

February 9, 2022

Allen County Court of Common Pleas, General Division
Clerk of Courts
333 North Main StreetP.O. Box 1243
Lima, OH 45801

## NOTICE OF AUTOMATIC EXCLUSION

Re:    Case No. CR00-03-0116

Pro Hac Vice Attorney's Name:  **Charity Brady**, PHV 22000 -2021

Dear Clerk of Court Staff:

The records of the Office of Attorney Services indicate that effective February 9, 2022, this out-of-state attorney was automatically excluded from practice in Ohio for failure to comply with the *pro hac vice* registration requirements. Please note that you are receiving this Notice because the records of the Office of Attorney Services show that the out-of-state attorney indicated that he or she was granted permission to appear *pro hac vice* in the case referenced above.

If any case in which this out-of-state attorney was participating on the basis of *pro hac vice* permission was pending as of January 1, 2022, the attorney was required to renew his or her *pro hac vice* registration for 2022. The records indicate this attorney has not filed an application for *pro hac vice* registration for 2022, and is therefore automatically excluded from practice in Ohio. The out-of-state attorney will remain excluded from the practice of law in Ohio until such time as the attorney petitions for reinstatement and pays the *pro hac vice* renewal registration fee with the Office of Attorney Services in accordance with Gov. Bar R. XII(5).

Please note that if the case has concluded, or if the attorney has been granted leave to withdraw, court staff is not required to notify our office; the *pro hac vice* attorney is required to provide such notification. Please contact the Office of Attorney Services, Pro Hac Vice Section at 614-387-9352 or at ProHacVice@sc.ohio.gov if you have any questions.

cc:  Charity Brady



IN THE COMMON PLEAS COURT OF ALLEN COUNTY, OHIO

FILED
COMMON PLEAS COURT

STATE OF OHIO,

:   Case No. CR0004035017

Plaintiff,

:

:

-v-

·   Motion to Withdraw

:

CORY HOLLAND,

:

Defendant.

:

2024 SEP 27  PM 3: 54

JENNIFER H. McBRIDE
CLERK OF COURTS
ALLEN COUNTY, OHIO

---

### ORDER

AND NOW, this 27th day of September 2024, this matter having come before the Court on a Motion to Withdraw of Charity L. Brady, and the Court having reviewed the moving papers:

IT IS ORDERED that the Motion to Withdraw shall be and hereby is granted and Charity Brady is withdrawn as counsel for Defendant.

Presiding Judge

The Clerk of this Court shall forward a
file stamped copy of this Judgment
Entry by regular mail to each attorney

