IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00866-JD |
| | ) | |
| Plaintiff, | ) | Capital Case |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record.

Pursuant to this Court's appointment order, I appear in this case as post-conviction counsel for Brandon Michael Council.

This, the 23rd day of October, 2024.

Respectfully Submitted,

*s/ Charity L. Brady*
CHARITY L. BRADY
Assistant Federal Defender
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
charity_brady@fd.org
(317) 383-3520 (telephone)
(317) 383-3525 (fax)