# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:17-cr-00866-JD |
| BRANDON MICHAEL COUNCIL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRANDON MICHAEL COUNCIL                                                                                            .

Date:     10/23/2024

*Charity L. Brady*
*Attorney's signature*

Charity L. Brady (New York #5110622)
*Printed name and bar number*

Indiana Federal Community Defenders
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204

*Address*

charity_brady@fd.org
*E-mail address*

(317) 383-3520
*Telephone number*

(317) 383-3525
*FAX number*