# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
## Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00866-JD |
| | ) | |
| Plaintiff, | ) | Capital Case |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record.

I am admitted to practice in this Court, and, pursuant to this Court's appointment order, I appear in this case as post-conviction counsel for Brandon Michael Council.

This, the 24th day of October, 2024.

Respectfully Submitted,


*s/ Gabrielle A. Pittman*
GABRIELLE A. PITTMAN  #11241
Deputy Chief
Capital Habeas Unit For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
g_amber_pittman@fd.org
(704) 374-0720 (telephone)
(704) 375-2287 (fax)
