Brandon M. Council
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808


INMATE
IDENTIFICATION
CONFIRMED



USPS TRACKING #

9114 9023 0722 4215 4048 17

LAB400R Aug. 2013
7690-17-000-0669



LEGAL MAIL

United States District Court
401 West Evans Street
Florence, S.C., 29501




ITEM X-RAYED BY USMS

DEC 27 '24 PM1:49
RCVD - USDC FLO

