IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cr-866-JD |
| | ) | |
| **BRANDON MICHAEL COUNCIL** | ) | |

## MOTION FOR EXTENSION OF TIME

On December 27, 2024, the Defendant, Brandon Michael Council, filed a motion for compassionate release. ECF No. 956. On December 30, 2024, the Court directed the Government to respond to Council's motion by January 29, 2025. ECF No. 957.

The Government opposes the Defendant's motion and requests an additional 30 days to fully brief the issues raised therein. This request is made to allow the Government to research and respond to the arguments set forth in the motion, which is voluminous. Additionally, the Government needs time to consult with the victims' families in this case to ensure that their voices are heard and their rights under the Crime Victims' Rights Act are protected.

Therefore, counsel for the Government respectfully requests an additional 30 days, until February 28, 2025, in which to respond to the motion.

RESPECTFULLY SUBMITTED,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: /s/ Everett E. McMillian
  Everett E. McMillian
  Assistant U.S. Attorney
  401 West Evans Street, Suite 222
  Florence, South Carolina 29501
  843-665-6688

Florence, South Carolina
January 24, 2025

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:17-cr-866-JD | |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **BRANDON MICHAEL COUNCIL** | ) | |

I hereby certify that as attorney of record I have caused an employee of the United States

Attorney's Office, to serve on **January 24, 2025**, a true and correct copy of the attached **MOTION**

**FOR EXTENSION OF TIME** via the court's e-noticing system, but if that means failed, then by

mailing through the United States mail, postage paid, the same on the following person:

Brandon Michael Council
Prisoner No.: 63961-056
USP Terre Haute
P. O. Box 33
Terre Haute, IN 47808

By: s/ Everett E. McMillian
Everett E. McMillian
Assistant United States Attorney

Florence, S.C.