# EXHIBITS

Exhibit A - United States District Court transcript October 7th 2019.

Exhibit B - Compassionate Release Procedures Program Statement 5050.50.

Exhibit C - Summary Reentry Plan Progress Report.

Exhibit D - January 20th 2025 Executive Order.

Exhibit E - Letter from a victims family member addressed to the petitioner.

pg 10 of 1c