3

THE COURT: Be seated. Don't get up.

(Brief pause.)

THE COURT: Yes, sir, Mr. Williams.

ATTORNEY WILLIAMS: Your Honor, thank you for giving us a break to check with the families. We have checked with them. It's my understanding that right now three people would like to speak at the appropriate time, each individually.

THE COURT: Okay. Thank you. With regard to the request for motions of the defense, I'm going to deny those.

Anything the defendant wishes to say at this time, I'll give him that opportunity.

THE DEFENDANT: I would like for the families of Ms. Major and Ms. Skeen to know that I am overwhelmingly and profusely and completely sorry for all the pain and suffering and the loss that I have caused your families. I realize that there is not an appropriate or acceptable way to apologize for my actions, but I would like to say to you that I would do anything to bring back your loved ones if I could.

I know you must hate me for what I have done, and I know you may not even want to hear anything I say, but I am truly forever sorry. I am ashamed of my actions and myself, that I have caused you so much pain and loss. I never for one second or one minute meant for my actions to

*Beth A. Krupa, RPR, CRR*

result in the way that they did. I will wish for the rest of my life that I could take back everything that happened on August 21st, 2017.

I can tell by the way Ms. Major and Ms. Skeen were spoken of by their loved ones that they were two amazing people, and that they were cherished and loved by their entire family and community.

God has rejoicefully welcomed them into his open arms in heaven. I know that because my actions, the world is without two spectacular human beings and I can never make it up to you with words, apologies or gestures, but until I have breathed my last breath, I will forever regret what I have done and the pain I have caused your families to be put through.

In my prayers, I will continue to ask God for forgiveness and that he will open your family's hearts to forgive me. I know that God has surrounded your families with his love and his comfort and that he will continue to console and heal your hearts.

I wish that I could take away all of the pain that I have caused your families and replace it with even more fond and loving memories of Mrs. Skeen and Mrs. Major. I know I will never be able to replace what I have taken from you, but if you trust and believe in God and hold on firmly to him, he can and will faithfully replace your pain with

*Beth A. Krupa, RPR, CRR*

12 of 19

5

his unconditional love.

ATTORNEY BRYANT:  That is the statement, Your Honor.

THE COURT:  Thank you.  Anything further?

All right.  I'll be glad to hear from the government or the victims' families.

ATTORNEY WILLIAMS:  Thank you, Your Honor.  I'll defer to the family members.  Katie McCrea is going to speak.

THE COURT:  If they can just stand by you, Mr. Williams.  Mr. Williams, if they can just stand right there by you.  Thank you, thank you.  Right there, that's good.

Yes, ma'am.

KATIE McCREA:  Brandon, the hatred that I have for you, it runs so deep.  You stole my best friend.  You stole my mom.  You stole my everything from me, and you're still stealing from me.

My memories, memories I'm supposed to have with her.  You took that from me and you're still taking it.  I don't know if I'll ever forgive you, and I know I'm supposed to have grace and forgiveness in my heart, but I don't.

I don't have that for you right now.  I know -- I know I'm supposed to have that and you're supposed -- you need Jesus.  You don't have Jesus and you need Jesus.  But

*Beth A. Krupa, RPR, CRR*

13 of 19