

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Other - ADX Referral Report for inmate: COUNCIL, BRANDON MICHAEL   63961-056

SEQUENCE: 00497899

Report Date: 01-08-2025

Institutional records indicate inmate Council has not maintained any work assignments during his term of incarceration in the SCU.

### Current Education Information

| Facl | Assignment | Description | Start |
|------|-----------|-------------|-------|
| THP | ESL HAS | ENGLISH PROFICIENT | 12-19-2019 |
| THP | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-01-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| THP SCU | C | SCU BELISARIUS ACE CLASS | 10-01-2024 | 10-31-2024 |
| THP SCU | C | SCU ACE AUGUSTUS SAINT GARDENS | 10-01-2024 | 10-31-2024 |
| THP SCU | C | ACE-WIN CUSTOMERS/GROW BUS- | 09-02-2024 | 09-20-2024 |
| THP SCU | C | ACE-KEYS TO BUS SUCCESS - SCU | 09-02-2024 | 09-20-2024 |
| THP SCU | C | ACE MECHANICS & MOTION | 07-01-2024 | 07-31-2024 |
| THP SCU | C | ACE TYPE OF LIGHT | 07-01-2024 | 07-31-2024 |
| THP SCU | C | ACE - TRAD. PHYSICS - SCU | 06-01-2024 | 06-28-2024 |
| THP SCU | C | ACE - SPIRIT O JUNETEENTH -SCU | 06-01-2024 | 06-28-2024 |
| THP SCU | C | BEGINNERS YOGA CLASS | 01-16-2024 | 02-29-2024 |

### Education Information Summary

Institutional records indicate inmate Council has completed the listed Educational / Vocational Training / Counseling Programs during his term of incarceration.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 12-07-2023 | 205 : ENGAGING IN SEXUAL ACTS |
| 05-25-2023 | 299 : DISRUPTIVE CONDUCT-HIGH |
| 01-13-2023 | 229A : SEXUAL ASSAULT WITHOUT FORCE |
| 01-23-2020 | 205 : ENGAGING IN SEXUAL ACTS |

### Discipline Summary

Inmate Council has received incident reports for the listed offenses during this review period.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| THP SCU | A-DES | US DISTRICT COURT COMMITMENT | 11-04-2019 | CURRENT |

### Current Care Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 11-07-2019 |
| CARE2 | STABLE, CHRONIC CARE | 05-09-2024 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| C19-RCVRD | COVID-19 RECOVERED | 12-30-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 11-05-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-09-2024 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-09-2024 |

### Current PTP Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| RSW WAIT | RESOLVE WORKSHOP WAITING | 11-07-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|-----------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 11-05-2019 |

### Physical and Mental Health Summary

16 of 19