Brandon,                                                      8/11/2020

I've been wanting to write to you for a while, but it's taken some time to find the right words to say. My name is Sawyer DeVuyst, and my sister is Donna Major.

I think I should start by telling you how angry I am. You cut my time short with my sister. I will never get to talk to her again, hug her, make memories with her. For that, I am so incredibly angry with you. I'm angry at the choice that you made to hurt people that day, to kill people that day. You changed a lot of lives in the worst way possible when you made that decision.

I'm also angry at the systems in place that forced you to rob banks in the first place. I'm more angry at them than I am at you. I know the world is stacked against you because you're a black man. I could never imagine what it's like to be you, to live through what you've lived through. I'm sorry for all of that.

I'd like to talk to you, if you're okay with that. Are you authorized to use email? Or should we stick to the postal service?

I hope you're safe from covid-19 and are finding something that brings you joy.

Best,

Sawyer DeVuyst
sd.devuyst@gmail.com

198 Clermont Ave #2
Brooklyn, NY 11205

19 of 19