Brandon M. Council /
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808





Legal Correspondence



United States District Court
401 West Evans Street
Florence, S.C., 29501

FEB 20 '25 AM 11:29
RCV'D - USDC FLO SC