UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRANDON MICHAEL COUNCIL | No. 4:17-CR-00866-JD<br><br>FEB 20 '25 AM 11:29<br>RCV'D - USDC FLO SC |

## MOTION FOR CONSIDERATION

Petitioner Brandon Michael Council, earnestly supplicates the United States District Court, For The District Of South Carolina, to summon the Petitioner, Brandon Michael Council, and the families of Mrs. Major, and Mrs. Skeen, to the United States District Court so that the families of Mrs. Major, and Mrs. Skeen, and the Petitioner may be afforded with the appropriate venue and opportunity to address the Court and other parties respectfully, in regard to the Courts ruling on the petitioners motion to the United States District Court. In support of granting this hearing, the United States has already requested a similar request for the families of Mrs. Major and Mrs. Skeen to be permitted to heard in person, (entry # 959 pg 10) and if it pleases the Court, the Petitioner would be thankful for an additional opportunity to apologize in person and ask for forgiveness.

pg 1 of 2

pg 2 of 2

Humbly Submitted ; 2-13-25
Brandon M. Council / 63961056
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808