Brandon M. Council / 63961056
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808



UNITED STATES POSTAL SERVICE ®

USPS TRACKING #

9114 9022 0078 9417 1056 82

Label 400 Jan. 2013
7690-16-000-7948



Legal Correspondence



ITEM X-RAYED BY USMS

United States District Court
401 West Evans Street
Florence, S.C., 29501

FEB 20 '25 AM 11:29
RCV'D - USDC FLO SC

