# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

MAY 12 25 AM 11:17
RCV'D - USDC FLO SC

UNITED STATES OF AMERICA )
)
V )          No 4:17-CR-00866-JD
)
BRANDON MICHAEL COUNCIL )
)

## MOTION TO TERMINATE POST CONVICTION 22SS APPEALS COUNSEL

In the matter of, United States of America, versus Brandon Michael Council, Defendant Brandon Michael Council, earnestly entreats the United States District Court, for the District of South Carolina, to terminate the post conviction relief services of the Indiana Federal Community Defenders, appointed counsel, Charity Brady, Charlotte Davis, Florence Patti, and Agatha Rodgriguez, for obstruction of justice, ineffective assistance of appellate counsel, and conspiracy to conceal and withhold evidence.

pg 1 of 7

## BACKGROUND

The elucidation why I have requested that the United States District Court, for the District of South Carolina, terminate the post conviction relief services of the aforementioned attorneys and investigators is because their efforts to represent me in post conviction relief matters are corrupted. More specifically, I believe that if I did not inform the United States District Court of my attorneys and investigators actions, pertaining to their morally degenerate improper conduct, that they would unconstitutionally submit a 2255 Habeas Corpus motion to the United States District Court, against my will, and without my authorization. On 4-22-25 I had an attorney-client teleconference with attorney Charity Brady. During that conversation, attorney Brady relayed to me that she wanted to arrange an appointment with an outside psychological health care provider who was not employed by the Federal Bureau of Prisons. The problem with this suggestion is that Mrs. Brady intends to utilize whatever assessment she is imparted by this practitioner, to defame me to the United States District Court, and request that I be deemed mentally incompetent, so that she can remain my attorney. Earlier in April, I relayed and expressed to Mrs. Brady that I was dissatisfied with her performance and services as my legal representative, and asserted that if she continued to obstruct justice;

pg 2 of 7

# BACKGROUND

Conceal and withhold evidence, and intentionally provide ineffective assistance of appellate counsel, then I would pursue terminating her services. I have a tremendous amount of high profile, political, and controversial issues involving my case, and concealing and withholding evidence, that unequivocally demonstrates, unprecedented, newfangled evidence, which will inevitably cause the Supreme Court of the United States to _again_ reverse, binding Supreme Court Precedent, which authorizes the use of Capital Punishment in the United States of America, can only be accurately construed as insubordination, conspiracy to conceal and withhold evidence, and intentional ineffective assistance of appellate counsel, which demonstrates the textbook criteria of obstruction of justice. My current attorneys have known for approximately six months that I have no intention of submitting a 2255 Habeas Corpus Motion, and because of their awareness of the irrefutable evidence that proves that I have been subjected to torture while in custody of the United States Attorney General, and the whistleblower revelations that I have discovered pertaining to the illegal use of Capital Punishment, it is imperative that the services of Florence Patti, Agatha Rodgriguez, Chartty Brady and Charlotte Davis be terminated immediately. If the United States District Court was not previously aware, I submitted a Pro-Se Supplemental Brief to the United States Fourth Circuit Court of Appeals and an identical copy to

pg 3 of 7

# BACKGROUND

Chief Justice of the Supreme Court of the United States Mr. John G. Roberts. None of the Fourth Circuit Court of Appeals Judiciary members, or Justices of the Supreme Court of the United States, denied or disproved the analysis that was duly and faithfully submitted for circumspection. The degree of misfedsance that I have inured throughout my appellate process with my former and current appellate attorneys is absurd, and contradicts United States jurisprudence philosophy. Because of the magnitude of the improprieties that have gone unresolved pertaining to my attorneys willful participation in concealing evidence, by refusing to relay unprecedented revelations to the United States government, or media, I can only draw one conclussion, which is that my attorneys have no respect for the truth, and will continue to proceed as if the analysis and conclussions that we have extensivedy discussed does not exist, or is irrelevant to my post conviction relief efforts. The volume of sacred law states. In the book of Isaiah "None calleth for justice, nor any pleadeth for truth." My attorneys are literally sabotaging my appeals by refusing to utilize the truth about Capital Punishment and my unconstitutional subjection to torture. If I were mendaciously saying that the 4th Amendment Right of the people to be secure in their persons - shall not be violated, the United States Government would have said so when

# BACKGROUND

I invested them with the supporting documents in my letters to multiple United States Government agencies. When I sent my pro-se supplemental brief to the Fourth Circuit Court of Appeals, the court wouldn't allow my facts into their consideration of my appeals. My attorneys are not trying to provide me with a vigorous plumbline defense, because the strength of these arguments is unsurmountable. The fact that the definition of the word cruel- in 1791, when the 8th Amendment was ratified, in the Bill of Rights Amendments, meant - pleased with hurting others, inhuman, hard-hearted, void of pity, wanting compassion, there is no doubt that the original and historical meaning of the word cruel prohibits the United States Government from depriving United States citizens of their life. The fact that my attorneys refused to submit any legal documents pertaining to the intentional use of excessice physical force that the Supreme Court of the United States has proclaimed unconstitutional in their appeal submissions proves once again that they are obstructing justice and concealing and withholding evidence. There is nothing inappropriate about speaking, professing, or proclaiming truth but as the volume of sacred law has admonished us by the prophet Isaiah by stating that-judment is turned away backward, and justice standeth afar off, for truth is fallen in the street, and equity cannot enter.

# BACKGROUND

My attorneys know that torture is illegal and un-constitutional yet they will not request or suggest that because of my conditions of confinement, that constitute torture, that I'm entitled to redress. I'm aware that the jurisprudence philosophy within the United States of America only requires that I be provided due process in the form of legal representation and not a certain quality of legal representation but there is an apparent reason why our United States legal system has recognized what is known as ineffective assistance of counsel, concealing and withholding evidence, and obstruction of justice. My attorneys have committed all three for compromised, controversial, and corrupted purposes which have ultimately deprived me of sufficient representation. I have no desire to pursue a 2255 Habeas Corpus motion and the only procedure that my current legal team wants to pursue is a 2255, and I would prefer the United States District Court to terminate the Indiana Federal Community Defender Services of Agatha, Rodgriguez, Charlotte Davis, Charity Brady, and Florence Patti now then in the upcoming months they have submitted a 2255 motion against my will for them to do so. In conclusion, I'm not asking for substitution of counsel, unless the

pg 6 of 7

## BACKGROUND

United States District Court can ascertain that the substitute(s) will perform their duties according to the ethics, values, and morals that they have sworn upon oath to uphold according to the Constitution of the United States.

Respectfully Supplicated     4-29-25
Brandon M. Council          Brandon M Council
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808