# SUPPORTING DOCUMENTS

Exhibit (A). SUPREME COURT CORRESPONDENCE.

Exhibit (B). LETTER TO U.S. DISTRICT COURT.

Exhibit (C). NOTICE FROM FOURTH CIRCUIT.

Exhibit (D). PRO SE MOTION TO FILE SUPPLEMENTAL BRIEF.

Exhibit (E). PRO SE SUPPLEMENTAL BRIEF.

Exhibit (F). FOURTH CIRCUIT ORDER.

Exhibit (G). SAMUEL JOHNSON DEFINITION OF CRUEL. (1773)

Exhibit (H). AMERICAN DECLARATION OF RIGHTS AND DUTIES OF MAN. (Articles I & II)

Exhibit (I). CORRESPONDENCE FROM DIRECT APPEAL ATTORNEY.

Exhibit (J). APPELLATE COUNSEL RESPONSE TO SECOND PRO SE MOTION FOR SUBSTITUTION OF COUNSEL.