**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC  20543-0001**

(Exhibit A)

September 11, 2024

Brandon M. Council
U.S.P. Terre Haute
63961056
P.O. Box 33
Terre Haute, IN 47808

RE: Council v. United States
Letter to Chief Justice Robers
No: 23-953

Dear Mr. Council:

In reply to your letter dated August 20, 24, and referred to this office by the Chief Justice on September 10, 2024, I regret to inform you that the Court is unable to assist you in the matter you present.

The jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court. The Court does not give legal advice, conduct investigations or otherwise act on the basis of correspondence.

If your submission is intended to be a supplemental brief in your pending case, please note that your petition for a writ of certiorari in case No. 23-953 is currently scheduled for consideration at the Court's conference of September 30, 2024.  As you are represented by counsel in that case, this office will accept filings submitted on your behalf only from your attorney.

Sincerely,
Scott S. Harris, Clerk
By: Danny Bickell
Danny Bickell
(202) 479-3024

Enclosures
cc: Catherine Steston

pg 1 of 1