(Exhibit B)

RECEIVED
USDC CLERK, FLORENCE, SC
2022 NOV 14 PM 2:08

11-7-22

Dear Judge Harwell

My name is Brandon Michael Council. The reason why I'm writing to you is because my Capital Appeals Attorneys ; Barry Fisher, Jaclyn Tarlton, Lisa Lorish, Jerome Delpino, Anita Aboagey-Ageyman have intentionally sabotaged my Direct Appeal to the U.S. 4th Circuit Court of Appeals.

The U.S. 4th Circuit Court has already been notified of the aforementioned attorneys malfeasance and malpractice. The U.S. 4th Circuit Court has not provided me with a solution to my Federally Appointed Public Defender problem. In a humble and sincere gesture I filed a Motion to the 4th Circuit Court explaining the particular reason for alleging sabotage by my attorneys asking the Court to Substitute my Counsel. Subsequently the Court denied my Motion. The Cardinal elucidation for why I want to terminate the services of my attorneys is because I have 7 infallible arguments pertaining to the U.S. Constitution that my current attorneys refused to submit to the Court for circumspection. The reason why these arguments are being refused by my attorneys is because they unequivocally prove the U.S. Supreme Court's sustaining the use of Capital Punishment is indefensible. The 7 arguments that I have found Light in are novel and unprecedented equivocations of Excessive Force, Article 6 clause 2 of the U.S. Constitution, and Amendments 4,5,8,9, and 14 of the U.S. Constitution.

pg 1 of 2

(Exhibit B)

Your Honor I was told by my current Attorneys that if I filed a Pro Se Supplemental Brief and the Court refused to accept it that they would submit it to the Court themselves. When the Court refused my Brief my attorneys still refused to submit my arguments. One of the afortiorte reasons why my attorneys are reluctant to submit these arguments is because of their personal career ulterior motives. I have already concluded that these individuals assigned to my Direct Appeals do not wish to eradicate future Capital Appellate Craft and the magnitude of these analysis will inevitably result in monumental changes in U.S. jurisprudence craft. My lead Attorney Mr. Barry Fisher has stated that he fears his job may be taken if he pursues my arguments or goes public with the irrefutable knowledge that I have acquired. That realization of the gravity of this information makes the situation I'm subjected to of even greater importance because this knowledge is certainly unbeknownst to the public and even the Sublime Masters of Jurisprudence Craft. Coming from another perspective, my Capital Appeals Attorneys are conspiring to conceal information that could correct the rough ashlar and create perfect ashlar. When this knowledge reaches the media its going to be the Bombshell Whistleblower of the century. All I'm requesting from the court is to terminate the services of my attorney and provide me with plumbline judiciary officers of the court to represent me.

                    So Mote It Be

        Masterbuilder Brandon Michael Council

                                    pg 2 of 2