(Exhibit C)

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

## NOTICE

---

May 9, 2022

No. 20-1 (L),    US v. Brandon Council
4:17-cr-00866-RBH-1

TO: Appellant

Appellant, who is represented by counsel, has tendered a pro se supplemental brief for consideration by the court.

Absent the filing of a motion to file a pro se supplemental brief, and the granting of that motion by the court, no consideration will be given to a supplemental pro se brief filed by an appellant who is represented by counsel.

Any motion to file the pro se supplemental brief must be filed on or before June 5, 2022.

Patricia S. Connor, Clerk

cc:    Counsel of record

pg 1 of 1