21-8
GnB
GxP.

(Exhibit D)

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA<br>Plaintiff - Appelle<br><br>Vs.<br><br>Brandon Michael Council<br>Defendant- Appellant | No 4:17-CR-00866-RBH-1 |
|---|---|

## MOTION TO FILE PRO SE SUPPLEMENTAL BRIEF

As it pertains to case # 4:17-CR-00866-RBH-1. United States of America versus Brandon Michael Council, I humbly request that the United States Fourth Circuit Court of Appeals grant this motion to file a pro se supplemental brief for the court to circumspect. The explication for my desire to file a pro se supplemental brief is due to my appellate attorneys; Barry J. Fisher, Lisa M. Lorish, Jerome Delpino, Anita Aboage-Ageyman, Jaclyn Tarlton, and Margaret O'Donnel refusing to submit in my Direct Appeal multiple cogent unprecedented constitutional arguments and analysis for the court to consider in favor of vacating my sentences to death.

RECEIVED
FOURTH CIRCUIT
2022 JUN -1 PM 4:25

Pg 1 of 1