(Exhibit F)

FILED: June 2, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 21-8
(4:17-cr-00866-RBH-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON MICHAEL COUNCIL

Defendant - Appellant

------------------------------

MENTAL HEALTH PROFESSIONALS

Amicus Supporting Appellant

ORDER

The court defers action on the motion for leave to file a pro se supplemental brief, with proposed pro se supplemental brief, pending consideration of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

PG 1 of 1