(Exhibit G)

# A

# DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

### IN WHICH

The WORDS are deduced from their ORIGINALS,

AND

ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

BY

EXAMPLES from the best WRITERS.

TO WHICH ARE PREFIXED,

A HISTORY of the LANGUAGE,

AND

AN ENGLISH GRAMMAR.

By SAMUEL JOHNSON, A. M.

IN TWO VOLUMES.

## VOL. I.

Cum tabulis animum censoris sumet honesti;
Audebit quæcunque parum splendoris habebunt,
Et sine pondere erunt, et honore indigna ferentur,
Verba movere loco; quamvis invita recedant,
Et versentur adhuc intra penetralia Vestæ:
Obscurata diu populo bonus eruet, atque
Proferet in lucem speciosa vocabula rerum,
Quæ priscis memorata Catonibus atque Cethegis,
Nunc situs informis premit et deserta vetustas.     HOR.

### LONDON,

Printed by W. STRAHAN,

For J. and P. KNAPTON; T. and T. LONGMAN; C. HITCH and L. HAWES;
A. MILLAR; and R. and J. DODSLEY.

MDCCLV.

pg 1 of 2

(Exhibit G)



*For more information about the selected word, including XML display and Compare, click Search.*

cruel, adj.                                                                                                    *1773*

**CRU'EL.** *adj.* ❶ [*cruel*, French; *crudelis*, Latin.]

1. Pleased with hurting others; inhuman; hard-hearted; void of pity; wanting compassion; savage; barbarous; unrelenting.

> If wolves had at thy gate howl'd that stern time,
> Thou should'st have said, Go, porter, turn the key;
> All *cruel's* else subscrib'd.
> *Shakesp. King Lear.* ❶

> If thou art that *cruel* god, whose eyes
> Delight in blood, and human sacrifice.
> *Dryden's Ind. Emp.* ❶

2. [Of things.] Bloody; mischievous; destructive; causing pain.

> Consider mine enemies; for they are many, and they hate me with *cruel* hatred.
> *Ps.* xxv. 19. ❶

> We beheld one of the *cruelest* fights between two knights, that ever hath adorned the most martial story.
> *Sidney.* ❶

See word image

pg 2 of 2