(Exhibit H)

## AMERICAN DECLARATION OF THE RIGHTS AND DUTIES OF MAN 173

development, it is the duty of man to preserve, practice and foster culture by every means within his power.

And, since moral conduct constitutes the noblest flowering of culture, it is the duty of every man always to hold it in high respect.

### CHAPTER ONE

*Rights*

*Article I.* Every human being has the right to life, liberty and security of his person.

*Article II.* All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed or any other factor.

*Article III.* Every person has the right freely to profess a religious faith, and to manifest and practice it both in public and in private.

*Article IV.* Every person has the right to freedom of investigation, of opinion, and of the expression and dissemination of ideas, by any medium whatsoever.

*Article V.* Every person has the right to the protection of the law against abusive attacks upon his honor, his reputation, and his private and family life.

*Article VI.* Every person has the right to establish a family, the basic element of society, and to receive protection therefor.

*Article VII.* All women, during pregnancy and the nursing period, and all children have the right to special protection, care and aid.

*Article VIII.* Every person has the right to fix his residence within the territory of the state of which he is a national, to move about freely within such territory, and not to leave it except by his own will.

*Article IX.* Every person has the right to the inviolability of his home.

*Article X.* Every person has the right to the inviolability and transmission of his correspondence.

*Article XI.* Every person has the right to the preservation of his health through sanitary and social measures relating to food, clothing, housing and medical care, to the extent permitted by public and community resources.

*Article XII.* Every person has the right to an education, which should be based on the principles of liberty, morality and human solidarity.

Likewise every person has the right to an education that will prepare him to attain a decent life, to raise his standard of living, and to be a useful member of society.

The right to an education includes the right to equality of opportunity in every case, in accordance with natural talents, merit and the desire to utilize the resources that the state or the community is in a position to provide.

Every person has the right to receive, free, at least a primary education.

*Article XIII.* Every person has the right to take part in the cultural life of the community, to enjoy the arts, and to participate in the benefits that result from intellectual progress, especially scientific discoveries.

He likewise has the right to the protection of his moral and material interests as regards his inventions or any literary, scientific or artistic works of which he is the author.

*Article XIV.* Every person has the right to work, under proper conditions, and to follow his vocation freely, in so far as existing conditions of employment permit.

Every person who works has the right to receive such remuneration as will, in proportion to his capacity and skill, assure him a standard of living suitable for himself and for his family.

pg 1 of 1