(Exhibit I)

Margaret O'Donnell
Attorney at Law
P. O. Box 4815
Frankfort, Kentucky 40604-4815
(502) 320-1837
mod@dcr.net

January 18, 2021

Brandon Council
Reg. No. 63961-056
P.O. Box 33
Terre Haute, IN 47808

Dear Brandon,

Thank you for your January 5, 2021 letter. I apologize for my delay in responding. I spent most of last week outside the prison protesting the executions and just returned home late on Saturday.

As to your question, I am answering with the consensus of the entire team. Lisa and Rachel shared that you asked the same question of Lisa on your last call with them.

We too are frustrated by the covid restrictions on top of the executions and the general conditions of confinement in the SCU. We also know you are concerned about the time that our efforts to get you off death row are taking. The law, however, is clear that a person in your situation who wants to challenge the conviction or sentence he received at trial must do that initially in a direct appeal.

We have, as a team, considered, researched, and discussed this, and believe attempting to file a lawsuit against the Department of Justice or reaching out to the media might well be harmful to your chances of successfully challenging your conviction and sentence in your appeal and later proceedings. We continue to welcome your ideas and requests and will continue to try as we can to work them into the appeal. We also hope you will continue to be willing to read drafts of parts of the appeal brief and tell us ways you think they can be improved. You are a part of the team.

We also want you to continue to share your concerns about the conditions in the SCU. These have always been our concern as well.

Sincerely,

Margaret

Margaret O'Donnell
Attorney at Law

pg 1 of 1