Brandon M. Council /63961056
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808



USPS TRACKING #

9114 9014 9645 0039 3226 79

Label 400 Jan 2013
7690-16-000-7948

Legal Correspondence

INMATE
IDENTIFICATION
CONFIRMED

ITEM X-RAYED BY
USMS

United States District Court
401 West Evans Street
Florence, S.C., 29501