IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00866-JD |
| | ) | |
| Plaintiff, | ) | Capital Case |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record.

Pursuant to this Court's appointment order, I appear in this case as post-conviction counsel for Brandon Michael Council.

This, the 22nd day of May, 2025.

Respectfully Submitted,

*s/ Gerald W. King, Jr.*
Gerald W. "Bo" King, Jr.
Chief, Capital Habeas Unit for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org