Exhibit 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Nos. 20-1, 21-8 |
| | ) | |
| BRANDON COUNCIL, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

**DOCKET ENTRY #57**
**WITH PROPOSED REDACTIONS MADE**

1

Respectfully submitted,


/s/ Barry J. Fisher
Barry J. Fisher
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
(518) 650-9031 tel.
barry_fisher@fd.org

Jaclyn L. Tarlton
Office of the Federal Defender, EDNC
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236 tel.
jackie_tarlton@fd.org

*Counsel for Appellant Brandon Council*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties

_____
s/ Barry J. Fisher

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff - Appelle | ) |
| V. | )    NO. 33 - G² |
| Brandon Michael Council | ) |
| Defendant - Appellant | ) |

## MOTION TO SUBSTITUTE COUNSEL

Appellant Brandon Michael Council hereby submits this motion to the UNITED STATES COURT OF Appeals FOR THE FOURTH CIRCUIT to:

(1.) Relieve and replace all currently appointed appeals counsel who are identified as the following: Barry Fisher, Jaclyn Tarlton, Jerome Delpino, Margaret O'Donnell and Anita Aboage - Ageyman.

(2.) Allow substitud plumbline officers of the judiciary courts significant and sufficient time to present faithful and trustworthy appeal submissions to the court on behalf of the appellant.

# DISCUSSION part 1

The elucidation why I'm asking the court to substitute all of my current appellate attorneys is because they are sabotaging my appeals in attempt to preserve and secure future capital appellate craft. On numerous and repetitive occasions I have insisted that my attorneys incorporate into my appeals multiple unprecedented afortiori arguments for the court to circumspect and they have refused to cooperate. The only logical conclussion that can be drawn by these deliberate insubordinations is that these individuals have career ulterior motives and the desired intent of these attorneys is to hoodwink as well as sabotage my appeals. For the past 18 consecutive months I have implored my attorneys to assist me with pursuing my 1st Amendment right to petition the court for a redress of grievances and they refused stating that if I were to do so it would hurt and reflect the courts appeals decision. "Please see exhibit Correspondence from Margaret O'Donnell." I have also consistently requested that my attorneys assist me with acquiring a Nationally televised media interview to expose light on the esoteric catharis elements of Blind Justice Malfeasance in which they have also turned a blind eye too. The reason why these individuals will not incorporate my unprecedented irrefutable afortiori legal arguments into my appeals

# DISCUSSION Cont. part 2

or assist me with litigation or arrange a Nationally televised News interview is because it is not behooving for any capital appeals attorney to unequivocally articulate and prove that Death, Slavery, and Torture are cruel and unusual punishment. Furthermore, to give the court detailed and ellaborated insight into my previously stated allegation pertaining to the flagitious attempt by my appeals attorneys to sabotage their submissions, On "exhibit titled pg. 29" which is an appeal document, the court will see in the highlighted area a brief paragraph in which I have deemed privileged information which I insisted be removed. Not suprisingly Mr. Fisher refused to comply and if you would please return to the previously submitted exhibit from Mrs. O'Donnell she stated that the consensus of their group is that pursuing litigation, "which I have done" would be harmful to a successful challenge of my conviction and later appeal proceedings — then why would they insist on telling the court this information which is against my will if it is of their sound professional judgment that I will be harmed by judiciary retaliation unless of course that was the true intention for disclosure of this information. In further reflection to illustrate to the court additional sabotage that my appeals attorneys have been cautioned against

# DISCUSSION Cont. part 3

as well as caught doing is the use of palliating the sentencing judges deliberate actions as accidents errors or mistakes. One of the primary functions and purposes of Direct Appeal is to address the sentencing judges inproportionate unilateral discretion or abuses. If it is apparently found that the violation of the Federal Death Penalty Act or U.S. Constitutional provision was not abided by any sentencing judges actions then why should the standard operating procedure consistently categorize these regular occurences as accidents, errors, or mistakes. This incredulous exhibit of craft by my appeals attorneys directly alleviates the severity of the sentencing courts deliberate actions and creates a net of inpenetrable safety for judges to continuously misconstrue their interpretation of Rex Non Potest Peccare - The King Can Do No Wrong. Since the use of palliative procedure disadvantages appellants it should be removed from the practice and instruction in the Rules of Federal Appellate Procedure not to write in a manner that is critical of the courts. Throughout the time of my communication with my current attorneys I have repetitively stated that I'm currently being tortured while I await appeals decisions from the courts. I recognize that this claim may initially sound like an exaggeration but all of the latest scientific research and evidence concurs with that evaluation and assessment. It is a substantiated and verified fact that the United States of America is prohibited from using any form of physical or psychological form of torture for any reason.

## DISCUSSION CON'T part 4

So if my appeals attorneys refuse to incorporate the insisted information that I requested be included into my appeals, have refused to rectify the palliative format in which my appeals were written in, they refuse to report to the public an irrefutable violation of my constitutional rights, refuse to file a complaint for legitimate legal concerns, refuse to go to the media and refuse to assist me with acquiring a nationally televised media interview, then it is apparent that these individuals are not concerned with my best interest and do not genuinely care about my life.

## CONCLUSSION

Before the square is parted upon I would like to thank the United States Courts of Appeals for the Fourth Circuit for their time and consideration. I would also like to thank the Court for its liberal application of candor. My case is on the verge of becoming the Bombshell Whistleblower of the Century. Blind Justice Malfeasance is a crime. It just so happens to be well hidden in plain sight. I would ascertainly appreciate your court assisstance with acquiring a Nationally Televised interview. Turning a Blind Eye to Light is also immediately and automatically shunned. I pray the court to move in the appellants favor to grant this motion to substitute counsel.

SINCERELY FAITH HOPE CHARITY

Dear 4th Circuit Court of Appeals 11-24-21

My name is Brandon Michael Council. The reason that I'm writing this court is because my federally appointed capital appeals attorneys; Barry Fisher, Jerome Delpino, Lisa Lorish, Margaret O'Donnell, Jaclyn Tarlton, and Anita Aboage Ageyman are sabotaging my appeals and I refuse to have any of the aforementioned individuals represent me. It is imperative that the 4th Circuit Court recognize that all of my past and current attorneys have adamantly and consistently refused to reveal to the current P.O.T.U.S and the U.S. A.G. the "Cardinal" and critical concerns pertaining to "Blind Justice" malfeasance which I have insisted be incorporated into my appeals. The apparent reason why these individuals are reluctant to include this information is because these unprecedented afortiori arguments will inevitably cause the use of capital punishment and other irrefutable forms of cruel and unusual punishment to be abolished. The aforementioned individuals continual deliberate insubordination has been ongoing for well over a year, These attorneys have refused my demand to include this information because it vividly shines "light" on the catharsis elements of United States Jurisprudence. In support of my allegation that these individuals are sabotaging my appeals it is reflected in all the discussions presented to the court that all of the sentencing judges deliberate actions are being "palliated" to disguise and excuse "injustice" as accidents, errors, and mistakes which ultimately provides the U.S. District Courts and its judges with "grafts" that are unequivocally bias towards an appellant. Furthermore I have taken the liberty of providing the 4th Circuit Court with documented evidence as proof to the sabotage that my current attorneys are not on the "square, level" but are in fact attempting to "hoodwink" the courts as well as myself,

As the courts can see, the enclosed correspondence "proves" that Mrs. O'Donnells explanation for why my capital appeals attorneys refuse to comply with my request to sue and go public isn't because of lack of evidence, or because of any fabricated "falsehood" but because of the courts alleged reaction to litigation against the U.S. D.O.J. In other words she has stated that because I sued or if I were to sue the U.S. D.O.J I will not receive a fair and impartial decision from this court which I know is a lie, 1 of way too many that I have been subjected to by this group of individuals. But as you can see on page 29 of my appeals these attorneys are exposing privileged information that I insisted be removed because of the "caution" rendered by Mrs. O'Donnell that "alluded" to the courts intent to produce malice against me for exercising my right to petition the courts for a redress of grievances. I feel that this qualifies as a flagrant attempt to ruin and sabotage my appeals. In conclusion; if I were an appellate court judge and I was reading this letter and looking at this proof of the egregious and horendous acts of malfeasance displayed before my very own eyes I would be appalled and insulted by the "brazen" audacity of the efforts taken by the aforementioned individuals to insinuate corruption on behalf of the courts. I feel that the Court of Appeals is obligated to intervene on my behalf because of the display of actions from my current appeals attorneys. There is no way I will ever trust them. These individuals are co-conspirators to this nations largest white collar whistleblower case in the history of U.S. jurisprudence. I apologize for this inconvience but it is unfortunately necessary that I be provided with attorneys who "genuinely" care about my life.

Sincerely Faith, Hope, Charity
Masterbuilder Brandon Michael Council

Does this even slightly sound like logic from an individual who is mentally incompotent?

Torture >

Slavery >

↓

You see that the reason
they won't help me is not
because they don't believe in
the unprecedented irrefutable afortiori
arguments but because they believe the courts may retaliate,

The author of this submission. has been ████ with-held from my knowledge so that I can not pin point who to accuse exactly.

Defamation by unqualified individual to ascert mental health diagnosis

29

Frivolous   Correspondence   Exhibit.


enc.

4:17-cr-00866-JD    Date Filed 05/22/25    Entry Number 965-1    Page 18 of 27

USCA4 Appeal: 20-1     Doc: 61     Filed: 12/31/2021     Pg: 18 of 22

USCA4 Appeal: 20-1     Doc: 61     Filed: 12/31/2021     Pg: 19 of 22

USCA4 Appeal: 20-1      Doc: 61      Filed: 12/31/2021      Pg: 20 of 22

USCA4 Appeal: 20-1     Doc: 61     Filed: 12/31/2021     Pg: 21 of 22

USCA4 Appeal: 20-1    Doc: 61    Filed: 12/31/2021    Pg: 23 of 23

Brandon M. Council /63961056
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808



USPS TRACKING

9114 9022 0078 9647

United States
For the Fourt
1100 East Ma
Richmond, VA

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Nos. 20-1, 21-8 |
| | ) | |
| BRANDON COUNCIL, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

**RESPONSE TO *PRO SE* MOTION
FOR SUBSTITUTION OF COUNSEL**

As directed by the Court (DE #58), counsel for Defendant-Appellant

Brandon Council submit this response to Mr. Council's December 29, 2021,

*pro se* "motion to substitute counsel."  (DE #57).

The motion complains that, among other things, his counsel are

"sabotaging my appeals" by refusing to "assist me with acquiring a

nationally televised media interview to expose light on the esoteric

catharsis elements of Blind Justice Malfeasance" and by "creat[ing] a net of

impenetrable safety for judges to continuously misconstrue their

interpretation of Rex Non Potest Peccare —The King Can Do No Wrong."

1

(*Id.* at 2-3).

Counsel, both experienced appellate practitioners, are familiar with their ethical and legal obligations to Mr. Council and his appeal, including their obligations under this Court's directive on "CJA Representation: Client Communications," http://www.ca4.uscourts.gov/appointed-counsel/cja-cases/cja-representation; the A.B.A. Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases, Guideline 10.5 ("Relationship With the Client"), and 10.15.1 ("Duties of Post-Conviction Counsel") (rev. 2003); and the A.B.A. Criminal Justice Standards on Mental Health, Standard 7-1.4 ("Roles of the Attorney Representing a Defendant With a Mental Disorder") (2016).

Counsel believe they have been meeting those obligations, including in their decisionmaking about the contents of Mr. Council's brief as well as in their efforts to consult with him about his appeal; keep him apprised of motions, orders, and other developments in the litigation; and explain his right to seek leave to file a *pro se* supplemental brief.

Respectfully submitted,

/s/ Barry J. Fisher
Barry J. Fisher
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
(518) 650-9031 tel.
barry_fisher@fd.org

Jaclyn L. Tarlton
Office of the Federal Defender, EDNC
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236 tel.
jackie_tarlton@fd.org

*Counsel for Appellant Brandon Council*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties

<u>      s/ Barry J. Fisher      </u>